IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANNY WASSILY,<br><br>　　　　　　Defendant. | Case No. 3:02-cr-095-RRB<br><br>~~PROPOSED~~<br>ORDER TO RELEASE PFD FUNDS |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,102.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED: 1/23/07

S/RALPH R. BEISTLINE
RALPH R. BEISTLINE
JUDGE U.S. DISTRICT COURT