NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:02-cr-00095-RRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PLAINTIFF'S MOTION TO RELEASE PFD FUNDS |
| DANNY WASSILY, | ) | |
| Defendant. | ) | |

Plaintiff the United States of America, through the United States Attorney for the District of Alaska, hereby moves this Court to release funds currently held in the Court's Registry.

1.  On or about April 2, 2007, a Notice of Levy on a continuing Writ of Execution, entered pursuant to Alaska Statute 43.23.065, was served on the State of Alaska Permanent Fund Dividend Office attaching defendant's Permanent Fund Dividend payment for 2007.

2.  Alaska Statute 43.23.065(d) frees plaintiff from the service requirement of notifying the debtor of the writ.  The

Alaska Department of Revenue automatically notifies the debtor of attached PFD funds at the time the funds are issued and mailed to the U.S. Marshal.

    3.   Pursuant to execution of the Writ, on or about November 19, 2007, dividend monies from the State of Alaska in the amount of $1,652.00 were deposited into the Registry of this Court.

    4.   More than thirty (30) days have elapsed since the State notified the defendant of his right to object.  To date, no objection has been filed.  Defendant's right to object is now in default.

    WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $1,652.00, currently held in the Court's Registry be released and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's restitution.

    RESPECTFULLY SUBMITTED this 17th day of December 2007, at Anchorage, Alaska.

                                      NELSON P. COHEN
                                      UNITED STATES ATTORNEY

                                      s/Richard L. Pomeroy
                                      RICHARD L. POMEROY
                                      ASSISTANT U.S. ATTORNEY
                                      222 West 7th Avenue # 9, Room 253
                                      Anchorage, AK 99513-7567
                                      Telephone: (907) 271-5071
                                      Fax:  (907) 271-2344
                                      E-mail: richard.pomeroy@usdoj.gov
                                      AK #8906031

I declare under penalty of perjury that a true
and correct copy of the foregoing Motion to
Release PFD Funds was served on Danny
Wassily by First Class Mail on December 17, 2007.

s/Richard L. Pomeroy