NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-00095-RRB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED |
| vs. | ) | ORDER TO RELEASE PFD FUNDS |
| | ) | |
| DANNY WASSILY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's motion to release the attached Permanent Fund Dividend is hereby GRANTED.

The attached funds, in the amount of $1,652.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX as payment toward defendant's restitution.

IT IS SO ORDERED.

DATED:_____          _____
                                         U.S. DISTRICT COURT JUDGE